MICHAEL D. NELSON, SBN 171359
WORKERS RIGHTS LAW OFFICE
360 Ritch Street, Suite 201
San Francisco, California 94107
Telephone: (415) 475-7475
Fax: (415) 475-7496
mnelson@workersrights.law

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD MILLER, MICHAEL HURSH, on behalf of themselves and all others similarly situated,<br><br>　　　PLAINTIFFS,<br><br>　　vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　DEFENDANTS. | Case No. 3:17-CV-02325-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF FIRST AMENDED COMPLAINT WITHOUT PREJUDICE** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the attorney of record for the Plaintiffs in this matter. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss this entire case.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Executed in San Francisco on _____July 26_____, 2017.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. NELSON

1

**PROOF OF SERVICE**

I am a citizen of the United States, employed in the City and County of San Francisco, California. I am over the age of 18 and am not a party to the within action. My business address is 360 Ritch Street, #201, San Francisco, CA 94107.

On the date set forth below, I served true and correct copies of the following documents:

1. **Notice of Voluntary Dismissal**

upon the parties to this action by:

[x] <u>First Class Mail</u> - I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein following ordinary business practices.

[ ] <u>By ELECTRONIC Transmission</u> - I caused such document to be served via electronic equipment transmission (email) on the parties in this action by transmitting a true copy to the following parties at the fax number indicated below.

[ ] <u>Personal Service</u> - I caused each such envelope to be personally delivered to the office of the addressee on the date last written below.

**Shondella Reed**
**Office of the General Counsel**
**Office of the President**
**University of California**
**1111 Franklin St., 12th Floor**
**Oakland, CA 94607**

Kevin McLaughlin
Renne Sloan Holtzman Sakai LLP
Public Law Group
1220 7th Street, 3rd Floor
Berkeley, CA 94710

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed _____July 26,_____ 2017 at San Francisco, California.

_____*K P*_____
Kirsten Pickering